UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MICHAEL OKPOR, | : | |
| Plaintiff, | : | Civil Action No. 10-1012 |
| v. | : | |
| KENNEDY HEALTH SYSTEM, et al., | : | **ORDER** |
| Defendants. | : | |

This matter having come before the Court upon the motion of Plaintiff to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915, and the Court having considered the submissions of the Plaintiff, and for the reasons expressed in the Opinion filed the same day;

IT IS on this 2nd day of September 2010 hereby

**ORDERED** that Plaintiff's request to proceed *in forma pauperis* is **GRANTED** in part; and it is further

**ORDERED** that Plaintiff may proceed with his claims under § 1981 and breach of contract; and it is further

**ORDERED** that Plaintiff may amend his complaint with respect to his claim under § 1982, consistent with the Opinion; and it is further

**ORDERED** that the Plaintiff may amend his complaint with respect to him claims under § 1983 and § 1985, only as the claims pertain to Dr. Lovell and Dr. Simmerson; and it is further

**ORDERED** that Plaintiff's claims against Kennedy Hospital under § 1985 and §1983 are dismissed for failure to state a claim; and it is further

**ORDERED** that Plaintiff's § 1988 claim is dismissed.

/s/ Joseph H. Rodriguez
Hon. Joseph H. Rodriguez
United States District Judge